IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PATRICK DODSON, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-511-LY |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | |
| DEFENDANT. | § | |

FILED
2019 JUL -3 PM 3: 25
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## ORDER

Before the court is Defendant Free Speech Systems, LLC's Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) filed June 11, 2019 (Doc. #6). On July 2, 2019, Plaintiff Patrick Dodson filed an Amended Complaint (Doc. #7).

In light of the filing of Plaintiff's amended complaint,

**IT IS ORDERED** that Defendant Free Speech Systems, LLC's Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) filed June 11, 2019 (Doc. #6) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 3rd day of July, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE